AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

3/30/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAM _____ DEPUTY

| | |
|---|---|
| United States of America | |
| v. | |
| DERRICK PATTERSON, | |
| Defendant | |

FILED
CLERK, U.S. DISTRICT COURT

3/30/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ᵻᵇ _____ DEPUTY

Case No.   2:22-mj-01275-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 26, 2022, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ George Maloney*
*Complainant's signature*

George Maloney, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     3/30/2022

*Judge's signature*

City and state:   Los Angeles, California

Hon. Alexander F. Mackinnon, U.S. Magistrate Judge
*Printed name and title*

AUSA: Jeremiah Levine

## AFFIDAVIT

I, GEORGE R. MALONEY, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1.   I have been a Special Agent ("SA") with the Federal Bureau of Investigation since January 2016. As a United States law enforcement officer, I am empowered to conduct investigations of, and make arrests for, the offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to a civil rights squad where I investigate civil rights violations, deprivations of rights under color of law, hate crimes, and conspiracies. Prior to that, from February 2017 to August 2020, I was assigned to the counterintelligence division of the FBI where I investigated espionage, foreign intelligence activities, malign foreign influence, and provided operational support for the intelligence community. After my graduation from the FBI Academy in June 2016, and until February 2017, I investigated white collar crimes, including wire fraud, healthcare fraud, and public corruption.

2.   As an FBI special agent, I am familiar with and have used various investigative techniques, including search warrants, court-authorized interception of wire, oral, and electronic communications, pen registers/trap and trace orders, telephone toll analysis, physical and electronic surveillance, confidential sources, cellular telephone analysis, grand jury proceedings, asset forfeiture, and many other classified tools. Through my training, experience, and interaction with other law

enforcement officers, I am familiar with the motivations of, and methods employed by, individuals who commit wire fraud, extortion, assault, kidnapping, violent hate crimes, and other criminal violations.

## II.  PURPOSE OF AFFIDAVIT

3.    This affidavit is made in support of the following: a criminal complaint charging DERRICK PATTERSON ("PATTERSON") with Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a), as well as an associated arrest warrant.

4.    This affidavit is also made in support of an application for a warrant to search the person of PATTERSON, as described in Attachment A.

5.    The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1951(a) (Hobbs Act Robbery, Conspiracy to Commit Hobbs Act Robbery, Hobbs Act Extortion, and Conspiracy to Commit Hobbs Act Extortion); 18 U.S.C. § 249 (Willfully Causing Bodily Injury Because of Sexual Orientation); 18 U.S.C. § 1028A (Aggravated Identity Theft); 18 U.S.C. § 1343 (Wire Fraud); and 18 U.S.C. § 1344 (Bank Fraud) (collectively, the "SUBJECT OFFENSES") as more fully described in Attachment B. Attachments A and B are incorporated herein by reference.

6.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including my review of reports prepared by other law enforcement officers. This affidavit is intended to show merely

that there is sufficient probable cause for the requested
warrant and does not purport to set forth all of my knowledge of
the investigation into this matter. Unless specifically
indicated otherwise, all conversations and statements described
in this affidavit are related in substance and in part only.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

7.    The FBI is investigating no less than twenty-one
robberies targeting victims across multiple jurisdictions, who
use a mobile phone application called "Grindr", which is a
social networking program for gay, bisexual, transgender, and
queer people. A subset of the robberies are described below.
The robberies share similar modus operandi in that the subject
gains entry to his victim's residence under false pretenses and
uses violence and/or threat of violence to take property from
his victims. As set forth below, the following evidence connects
PATTERSON to those robberies: (1) DNA evidence taken from a du-
rag, pubic hair, and a finger nail collected from the scene of
three separate robberies, which matched PATTERSON's DNA; (2) the
identification of PATTERSON in six-pack photographic line-ups as
the robber in several of the incidents; (3) the arrest of
PATTERSON after the commission of one of the robberies; (4)
security camera footage of a suspect matching PATTERSON's
description entering and exiting his victim's residences; (5)
photographs taken by PATTERSON, which were inadvertently
uploaded to victims' iCloud accounts after two separate
robberies, in which PATTERSON stole his victims' phones and

accessed the victims' iClouds[1]; (6) identification of a cell phone number registered to PATTERSON as the device used to transfer money via Apple Pay[2] during the commission of a robbery; (7) historical cell site analysis placing PATTERSON near the scenes of multiple robberies; (8) two receipts for hotel rooms paid for by using a robbery victim's account on the day robbery occurred and listing "DERRICK PATTERSON" as the hotel guest.

## IV.   STATEMENT OF PROBABLE CAUSE

8.   Several of the robberies under investigation are identified below. The facts related to the robberies were obtained from law enforcement reports regarding the robberies, and my review of surveillance video and recorded victim interviews, where available. They do not represent the entirety of my knowledge of the investigation.

9.   On November 3, 2019, at approximately 10:30 p.m., a robbery occurred on 120th Street in Los Angeles, California. Victim (DL) was corresponding with someone on Grindr and invited that person, later identified as PATTERSON, to his home. DL and PATTERSON walked into DL's bedroom and PATTERSON immediately asked for money. DL offered PATTERSON $20, but he demanded more money. When DL declined, PATTERSON sprayed DL in the face with pepper spray and hit DL in the face with the pepper spray can,

---

[1] The photos include a selfie of PATTERSON with one of the victim's phones. They also include pictures of a driver's license, a social security card, and other private documents related to two other victims who PATTERSON had robbed in earlier incidents.

[2] Apple Pay is a mobile payment and digital wallet service by Apple Inc.

causing DL to bleed. PATTERSON grabbed DL by the neck and
punched him in the face multiple times. PATTERSON took DL's
wallet, approximately $300 in cash, and his Samsung S6 cell
phone. DL described PATTERSON as a black male, 5'6" tall, 120
lbs.[3] A du-rag worn by PATTERSON was left at the scene, along
with the pepper spray can. Law enforcement performed a DNA test
on the du-rag. When law enforcement later apprehended and DNA-
tested PATTERSON, the DNA on this du-rag matched that of
PATTERSON.

10.  On January 13, 2020, at approximately 7:38 a.m., a
robbery occurred on North Bonnie Brae Street in Los Angeles,
California. Victim (AJ) met an individual later identified as
PATTERSON on Grindr. The two agreed to meet at AJ's residence.
When PATTERSON arrived, he masturbated for a while and then
asked for money. PATTERSON then put his hand in his pocket to
indicate that he had a weapon and said he was going to kill AJ
if he did not give him money. AJ grabbed his cell phone and fled
on foot from the apartment to call police while PATTERSON
ransacked AJ's residence and took money and other property from
AJ's residence. AJ described PATTERSON as male black, black
hair, brown eyes, 5'11" – 6'0", 160 lbs, approximately 22-24
years old, with a tattoo on his right hand. AJ provided two
pubic hairs found in his apartment to detectives. In December,

---

[3] PATTERSON's California Department of Motor Vehicles
profile lists him as approximately  5'9" and 150lbs. According
to an arrest report, he is 6'1" and 170 pounds. Based on my
training and experience, I know that it is common for victims of
violent crime to err significantly in describing the size of
their attackers.

2020, PATTERSON was identified based on DNA analysis of the
pubic hairs. On January 07, 2021, AJ was able to identify
PATTERSON in a photographic line-up performed by LAPD.

11.  On March 12, 2020, at approximately 12:15 p.m., a
robbery occurred on South Doheny Drive, Beverly Hills,
California. Victim (RID) was communicating with user "10inBBC"
via Grindr and agreed to send an Uber driver to pick up
"10inBBC" from an address on Manchester Boulevard in Inglewood,
California, and drive him to RID's residence. "10inBBC", later
identified as PATTERSON, arrived at RID's residence and asked
for RID's cell phone to watch pornography. RID gave PATTERSON
his cell phone and password and left him alone so he could "get
hard." PATTERSON then told RID to go into the bedroom and
completely undress. RID obeyed but soon became suspicious and
saw that his drawers had been opened and his Apple Watch was
missing. RID got dressed and went to confront PATTERSON.
PATTERSON refused to return RID's cell phone, demanding cash in
exchange for the phone. RID did not have any cash available and
offered to send the PATTERSON money using Venmo. PATTERSON
refused. RID then offered to drive to an ATM to get $100 in
exchange for getting his cell phone back. PATTERSON agreed and
the two got into RID's vehicle and drove to a nearby Pavilions
grocery store. When they arrived, PATTERSON requested $500 in
exchange for the phone. They eventually agreed on $200. When RID
returned with the money, PATTERSON refused to accept it until he
was taken back to RID's apartment. PATTERSON said he would
return the cell phone once RID ordered an Uber to drive him back

to his original location on Manchester Boulevard in Inglewood, California. As RID drove back to his residence, he saw a police vehicle parked on Oakhurst Drive and cut across traffic on Olympic Boulevard to pull in front of the patrol vehicle. RID attempted to hold onto PATTERSON while trying to also get the attention of the police officer. PATTERSON broke free and escaped. RID reported to responding officers that he was never fearful for his safety during the incident and did not feel threatened by PATTERSON. PATTERSON stole RID's iPhone 11 Pro and his Apple 4 Watch. RID described PATTERSON as a black male, approximately 25-28 years old, 5'11" tall and 160-170lbs. He said PATTERSON had a mustache, nose ring, and a tattoo of "69"[4]

---

[4] I believe that PATTERSON has a tattoo on his shins of his birth year, that is, 19 on one leg and 99 on the other leg. The 99 may appear similar to 69.

on his left shin.  A photograph displaying PATTERSON's tattoo is
displayed below:



12.  That photograph also matches PATTERSON's driver's license photograph, which is displayed below:



13.  RID also provided law enforcement officers with a photograph that shows PATTERSON standing in a bathroom with two other men. PATTERSON is taking the photo into a mirror with RID's phone in his left hand. This photo was available to RID on RID's own iCloud account for a short time after PATTERSON stole the phone, and before RID lost access to his iCloud account. The photograph also matches PATTERSON's driver's license photo.

14.  On September 11, 2020, RID correctly identified PATTERSON as the person who robbed him in a photographic lineup prepared by Beverly Hills Police Department.

15.  On September 22, 2020, at approximately 10:45 p.m., a robbery occurred at a hotel located on West Century Boulevard in Los Angeles, California. Victim (CV) was in his room when someone, believed to be PATTERSON, entered and asked CV, "What do you want to do?" PATTERSON then pulled out a black and yellow taser or stun gun from his pocket and held it at his side, demanding money. CV panicked and ran to his co-worker's room next door, inadvertently knocking his cell phone into the trash can. CV called hotel security and the police from the room next door. CV returned to his room to find his cell phone had been taken and PATTERSON had rummaged through all his belongings. CV described PATTERSON as a thin black male, approximately six feet tall. A search warrant obtained by LAPD on October 14, 2020, and served on T-Mobile for Patterson's phone number (424-328-8789) resulted in historical cell site data from PATTERSON's telephone number placing him in close proximity to this location on the night this robbery occurred.

10

16.   On September 23, 2020, at approximately 12:30 a.m., a robbery occurred at a different hotel on West Century Boulevard in Los Angeles, California. Victim (ND) arranged to meet with someone, later identified as PATTERSON, via Grindr. While engaging in consensual sexual activity, PATTERSON took ND's phone, attempted to access Apple Pay, and asked for the password. ND refused to provide his password and attempted to take his phone back. PATTERSON continued to ask for ND's password and pulled out a bronze taser, threatening him with it. ND ran from his room in fear for his safety. While he ran away, ND could hear the sound of a taser being triggered behind him. When ND returned to his room, he found that his wallet had been taken and his things had been rummaged through. The responding officers were the same officers who had just responded to victim CV detailed above. The officer's reports note a similar modus operandi and a similar suspect description for each attack. A search warrant obtained by LAPD on October 14, 2020, and served on T-Mobile for Patterson's phone number (424-328-8789) resulted in historical cell site data from PATTERSON's telephone number placing him in close proximity to this location on the night this robbery occurred.

17.   On September 27, 2020, at approximately 5:40 a.m., a robbery occurred on Beachwood Drive in Los Angeles, California. Victim (DS) had been communicating with the suspect, later identified as PATTERSON, on Grindr and had agreed to have sex upon PATTERSON's arrival. PATTERSON looked uncomfortable when he arrived, so DS asked if he had ever "hooked up with a guy

before," which PATTERSON confirmed. PATTERSON asked for DS's
computer and then his phone to watch heterosexual pornography in
order to get an erection for their encounter. DS complied and
waited on his bed, partially nude. PATTERSON used DS's phone for
approximately 30 minutes before stating he was receiving a call
on his own cell phone and asking DS to hide in the bathroom. DS
declined and the two got into an argument that quickly escalated
to a fight. PATTERSON told DS he would shoot him, but DS did not
believe PATTERSON had a gun. DS was able to retrieve his cell
phone from PATTERSON. Soon thereafter, PATTERSON went into the
kitchen and grabbed a knife. At this point, DS called 911.
PATTERSON raised the knife over his head and thrust his hand
downward, cutting DS's chest. PATTERSON demanded money so DS
gave him $20 from his wallet. PATTERSON told DS that was not
enough and demanded DS send him money through Cash App[5] to an
account with the name "Bali Boy." DS made two separate
transactions, one for $100, and another for $200. PATTERSON then
fled the location. DS later learned the $200 transaction did not
go through. DS felt that he may have been a victim of a hate
crime and likened it to the shooting that occurred at a night
club in Orlando. DS provided screenshots taken on his cell phone
on the night of the attack. The first is a screenshot of
PATTERSON's Grindr profile which indicates he is "2058 feet
away." The second screen shot shows a Grindr profile chat
between DS and PATTERSON. After PATTERSON leaves DS's residence

---

[5] Cash App is a mobile payment service that allows users to
transfer money to one another using a mobile-phone app.

he writes, "I apologize for all that bro I'm not that type of person. U just pissed me off didn't hide in my gurl was trippin." On October 6, 2020, DS was able to positively identify PATTERSON during a photographic line-up conducted by LAPD. A search warrant obtained by LAPD on October 14, 2020, and served on T-Mobile for Patterson's phone number (424-328-8789) resulted in historical cell site information from PATTERSON's telephone number placing him in close proximity to this location on the morning this robbery occurred.

18.  On October 3, 2020, at approximately 11:40 p.m., a robbery occurred on Wilcox Avenue, Los Angeles, California. Victim (IC) met PATTERSON through Grindr and invited him over to "hook up." They met outside IC's apartment and IC invited him inside. Once inside, PATTERSON wanted to watch heterosexual pornography using IC's phone. IC decided he no longer wanted to "hook up" and offered PATTERSON $60 to leave his residence. PATTERSON agreed and accepted the $60 through Apple Pay. PATTERSON then took IC's phone and attempted to use "Cash App" to send more money to himself from IC. The transaction did not go through. PATTERSON took out a taser from his pocket and activated it, demanding that IC send him more money. PATTERSON continued to activate the taser and IC could see the light from the taser. PATTERSON threatened to "have my brothers come fuck this place up." PATTERSON stated to IC that if he got any closer "[I will] fuck you up." When IC attempted to let his dog out for protection, PATTERSON said, "bring that dog here and I'm gonna fry him." In fear for his safety, IC sent PATTERSON $25, then

$100, and then another $50 using Apple Pay. IC continued to ask PATTERSON to leave but he refused and began looking around IC's apartment for valuables. IC left his own apartment to get away from PATTERSON. IC watched as PATTERSON exited his apartment with his game console and speaker in his arms. PATTERSON still had the taser in his hand and began walking toward IC. PATTERSON followed IC into the middle of the street, screaming obscenities toward IC. An Amazon security camera was located in the kitchen of IC's apartment and captured PATTERSON rummaging through IC's property. A screenshot from the video is below, apparently showing PATTERSON activating his taser while carrying IC's property:



    19.  PATTERSON can also be seen and heard with the taser
and also removing items from IC's home. PATTERSON provided his
cell phone number (424-328-8789) in order to receive the
transfer from Apple Pay. IC provided a screenshot to detectives
showing the completed Apple Pay transaction to PATTERSON's phone
number. A search warrant obtained by LAPD on October 14, 2020,
and served on T-Mobile for PATTERSON's phone number (424-328-
8789) resulted in historical cell site data from PATTERSON's
telephone number placing him in close proximity to this location
on the night this robbery occurred.

20.  On October 17th, 2020, at approximately 5:30 a.m., a robbery occurred on Reading Avenue in Los Angeles, California. Victim (RB) was contacted via Grindr by two different profiles at the same time. One profile had a photo while the other did not. RB responded to the user with a profile photo and arranged a time for the other user, later identified as PATTERSON, to meet at his residence. When PATTERSON arrived, RB noticed he was not the same person shown in the profile and asked him to leave. PATTERSON responded "I'm not leaving here without any money. You made me drive here for nothing." PATTERSON then produced a taser and pointed it towards RB, demanding money. RB was terrified. PATTERSON proceeded to search through RB's drawers and cabinets while holding the taser near RB's chest, threatening to taze him. PATTERSON grabbed RB by the shirt and took him into his bedroom, telling him, "I know you have money." RB went into the bathroom to call police while PATTERSON continued to search for money. RB saw PATTERSON holding a $20-dollar bill he obtained from a nearby cabinet and proceeded to the counter in the living room where he grabbed an additional $20-dollar bill and a $5-dollar bill from the countertop in the living room. PATTERSON then exited the residence and fled. Officers responding to RB's distress call discovered PATTERSON hiding under a parked vehicle near the residence. As the officers approached, PATTERSON came out from under the vehicle and began to flee. One officer heard what sounded like something plastic, later determined to be PATTERSON's stun gun, falling to the ground. PATTERSON continued running away and lost the officers. After an exhaustive search,

PATTERSON was eventually located by a canine unit in the front yard area of RB's home. PATTERSON was taken into custody by LAPD. A du-rag and a stun gun were also found in the area hduring the search for the subject. PATTERSON was holding his cell phone in his hands when he was found. A search of PATTERSON's person after the arrest uncovered a $5-dollar bill and two $20-dollar bills consistent with the denominations taken from RB's residence. Officers collected two DNA reference swabs from PATTERSON. PATTERSON was subsequently released from custody.

21.  While standing outside during PATTERSON's arrest, RB was approached by two black males who asked him what was going on. RB responded that someone was in trouble and the men stated that they were PATTERSON's brothers. RB thought he recognized one of the men from a profile on Grindr.

22.  RB believed PATTERSON is targeting gay men and that he is a victim of a hate crime.

23.  On June 13, 2021, at approximately 3:00 p.m., a robbery occurred on North Vermont Avenue in Los Angeles, California. Victim (CO) met someone, later identified as PATTERSON, via Grindr and invited him to have a sexual encounter at his residence. When PATTERSON arrived, CO realized he was not the same person from the profile photograph and demanded PATTERSON leave. PATTERSON said he would leave but needed to make a call and did not have a phone. CO allowed PATTERSON to use his phone to make a call but soon realized PATTERSON was not actually calling anyone. Instead, CO saw PATTERSON was

manipulating the phone. CO demanded the phone and PATTERSON
responded, "Give me money." CO began to fear for his safety and
felt he had to give PATTERSON money. CO gave PATTERSON his
Electronic Benefits Card and his pin number and asked for his
cell phone back. PATTERSON refused to give his phone back so CO
grabbed it from his hands. PATTERSON quickly overpowered CO in a
struggle and then put his hand inside his pocket, warning CO he
was armed with a knife and would stab him. PATTERSON continued
to demand cash from CO. CO was in fear for his life and pleaded
with PATTERSON that he did not have any cash to give him. At
some point, PATTERSON said, "you bitches are all the same" and
called CO a "faggot."

    24.   PATTERSON called someone during the robbery and
explained that "it was taking longer than expected." PATTERSON
finally left after about thirty minutes, taking CO's cell phone
with him. PATTERSON's fingernail had been torn off during the
struggle and was recovered from the scene. On September 14,
2021, LAPD detectives were made aware that the DNA from the
fingernail was a match to PATTERSON. CO was later notified via
email that there were multiple unauthorized transactions on his
"Coin Base" and "Chase" accounts.[6] CO said there was a total of
$893 deducted from his Coin Base account and $700 deducted from
his Chase account shortly after PATTERSON fled with his phone.
PATTERSON also used CO's Uber account approximately ten times
from June 14, 2021, through June 20, 2021. A friend of CO said

---

    [6] Coinbase is a crypto currency storage and trading
application.

he sent CO $700 via Venmo after receiving a text from CO's phone number requesting a loan shortly after the robbery. CO was able to provide a screenshot of his Venmo account from June 13, 2021, showing this transaction. On January 19, 2022, OS was able to positively identify PATTERSON in a 6-pack photographic line-up.

25.  On July 2, 2021, at approximately 3:00 p.m., a robbery occurred on Santa Monica Boulevard in Los Angeles, California. Victim (YP) met someone, later identified as PATTERSON, on Grindr and agreed to meet at YP's home to have a sexual encounter. YP had told PATTERSON to use the intercom, but instead, PATTERSON arrived at YP's front door, surprising him. YP decided to let him in anyway. Upon entry, PATTERSON immediately grabbed YP's cell phone out of his hand without asking and walked over to the dining room table. PATTERSON told YP he wanted to watch pornography on YP's phone and demanded the password. PATTERSON said, "Give me the pin number to your phone or I am going to kill you. I have a gun." YP explained he needed his phone back but offered to take PATTERSON to an ATM to get some money in exchange for his phone. PATTERSON then told YP, "Take your clothes off, you're definitely mine now!" Go the bathroom, I'm gonna fuck you! I'm gonna create some content for my OnlyFans.[7]" YP begged to have his property back and PATTERSON stated, "Go to the shower, and then come in naked." In fear for his life, YP walked toward the bathroom and watched as PATTERSON pulled out his penis from his pants and attempted to masturbate.

---

[7] OnlyFans is an internet content subscription service often used to broadcast pornography.

In fear, YP went inside the bathroom and could hear PATTERSON rummaging through his property. Eventually, he heard the door to the apartment open and then close. When he felt it was safe, YP came out of the bathroom and observed that his iPhone, Apple MacBook Pro, Louis Vuitton Wallet, Bottega Veneta backpack, U.S. currency, Social Security Card, and miscellaneous credit cards were missing. YP ran to his friend's apartment and called the police. YP never saw a gun but was in fear for his life due to PATTERSON's demeanor and aggressive words and actions towards him. There was not any physical contact between YP and PATTERSON. YP described PATTERSON as a black male, approximately 25 years old, 6 feet tall, 170 pounds, small, twisted braids, colored tattoos on his neck, wearing black Crocs shoes. PATTERSON was also wearing a mask. Patterson does in fact have colorful tattoos on his neck. On July 20, 2021, YP was presented with a photographic line-up but was unable to identify PATTERSON.

26.   On July 18, 2021, at approximately 6:30 p.m., a robbery occurred at another address on Santa Monica Boulevard in West Hollywood, California. Victim (EM) invited someone, later identified as PATTERSON, to his apartment after connecting with him through Grindr. PATTERSON was using the username "12in" on Grindr. PATTERSON asked EM for his cell phone so he could watch pornography to "get him going." PATTERSON requested the password to the phone and EM provided it. They began to watch pornography together. EM and PATTERSON had physical contact, but PATTERSON stopped EM and put his hand into his pocket, giving EM the

impression that PATTERSON had a weapon. PATTERSON stated, "What are you going to give me for this? Don't make me fuck you up. Give me clothes. Give me something I can sell. Go find something valuable." PATTERSON told EM he had a weapon. EM was in fear for his life. PATTERSON then went into the kitchen and retrieved a knife. PATTERSON pointed the knife at EM and said, "Give me your wallet." EM gave PATTERSON his wallet and PATTERSON said, "What else you got?" EM found an old iPad and plugged it in to prove that it worked. PATTERSON was speaking with someone on a different cell phone, and EM believed PATTERSON was asking that person for a ride. EM went to see if the iPad was charged and heard the front door shut. PATTERSON had left the apartment with EM's cell phone, wallet, and the kitchen knife. Later EM discovered that PATTERSON had also taken his gold college class ring. EM described PATTERSON as a black male, approximately 5 foot 11 inches tall, skinny build, tattoo on the back of one of his hands, wearing black Adidas slippers and a black mask. PATTERSON does in fact have a tattoo on the back of one of his hands. EM positively identified PATTERSON in a LASD photographic line up.

27.   Immediately after the incident, PATTERSON used EM's "Wells Fargo" debit card to withdrawal $2,000. PATTERSON used EM's phone to access EM's "Uber," "Venmo," and Wells Fargo accounts to spend approximately $4,039.92. PATTERSON also attempted to book a hotel through hotels.com using EM's credit card. The name on the reservation was "Derrick Patterson." PATTERSON also used EM's phone to request money from EM's

mother, sister, and other contacts. EM's wallet and items
inside, minus a credit card and his medical license, were
returned to him in the mail on July 23, 2021.

28.  On August 12, 2021, at approximately 1:00 p.m., a
robbery occurred on North Normandie Avenue in Los Angeles,
California. Victim (SR) met someone, later identified as
PATTERSON, on Grindr and agreed to have a sexual encounter at
SR's residence. SR ordered PATTERSON a "Lyft" ride to his
residence. PATTERSON arrived wearing a black mask, black hoodie,
and black clothing. PATTERSON asked for SR's phone so he could
watch pornography and SR noticed it was heterosexual
pornography. PATTERSON watched SR type in his password and,
since it was easy to remember, assumed PATTERSON learned what
the password was. SR believed the encounter felt strange and
overly aggressive. SR felt like he was going to get robbed and
just tried not to aggravate PATTERSON. PATTERSON had SR get down
on his hands and knees, and face away from him. SR believes this
was all a distraction so PATTERSON could go through his phone.
SR felt like PATTERSON was a homophobic person who was straight
and was only there to rob him. PATTERSON used the pin number on
the phone to change all the victim's passwords and the face ID
on the phone. PATTERSON got up and said he had to leave. SR
tried to get his phone back, but PATTERSONN told him he was
going to stab him. PATTERSON said he would go to the ATM and
take out $200 and then return to give back the cell phone. SR
tried to get dressed but PATTERSON would not let him. PATTERSON
said to SR that he had friends outside that would come and get

him. Using SR's phone, PATTERSON requested money from SR's brother, a friend in Australia, and at least three friends in the US. SR said that PATTERSON "drained bank accounts" and as of March 28, 2022, continues to use SR's Lyft account, Cash App, and other accounts. PATTERSON has also been receiving SR's unemployment benefits. On August 19, 2021, SR provided law enforcement a cell phone number (602-497-9323) that SR believed might belong to PATTERSON because it had been used on his Cash App account. Using department resources, LAPD determined that this number was registered to PATTERSON. On August 26, 2021, SR participated in a photographic lineup. The suspect SR identified is not PATTERSON.

29.   On September 11, 2021, at approximately 3:30 a.m., a robbery occurred on La Brea Avenue in West Hollywood, California. Victim (JR) provided his address and key entry code to a person, later identified as PATTERSON, who he had met on Grindr for the purposes of consensual sex. During the sexual encounter, JR decided he no longer wanted to continue. PATTERSON was in possession of the victim's phone because he was using it to watch pornography while having the sexual encounter. JR noted that PATTERSON was watching heterosexual pornography. PATTERSON got very upset and said, "I'm not leaving until you let me nut or you give me some money." In fear for his safety, JR gave PATTERSON $52 dollars in cash. PATTERSON started to walk out of the apartment with JR's phone and when JR protested, he was struck in the back of the head with closed fists by PATTERSON. After striking JR, PATTERSON left the apartment. JR soon

realized he was locked out of his personal banking accounts. JR described PATTERSON as a black male adult, approximately six feet tall with a thin build.

30.  On October 15, 2021, at approximately 9:30 p.m., a robbery occurred on North Loral Avenue in West Hollywood, California. Victim (RA) met the suspect, later identified as PATTERSON, on Grindr and allowed him entry into his apartment. When PATTERSON arrived, RA quickly realized he was not the person he thought he was communicating with online. When confronted with this, PATTERSON very angry and demanded RA's phone. In fear for his life, RA gave his cell phone to PATTERSON. PATTERSON said to RA that he had a concealed weapon in his waistband. He grabbed RA by the back of the neck and forced RA to provide the password to unlock his phone. PATTERSON then forced RA to undress and get onto the bed. PATTERSON took photos of RA and told him to put his head under the covers. In fear for his life, RA complied. After a few minutes of being under the covers, RA came out and saw PATTERSON had left with his phone. RA soon realized PATTERSON was going through his contact list and requesting that RA's contacts send him money. He also saw that a new credit card account was attempted to be opened in his name via email through Apple.

31.  On December 4, 2021, at approximately 6:30 a.m., a robbery occurred on Westbourne Drive in West Hollywood, California. Victim (RTD) had been corresponding with "11inch", later identified as PATTERSON, on Grindr for over a week and had agreed to meet him at his apartment. When he arrived, PATTERSON

asked for RTD's phone so he could watch pornography. RTD later asked PATTERSON to leave. PATTERSON replied, "I drove here, who's going to pay for my gas?" RTD offered to send PATTERSON $20 via Cash App. After receiving the money, PATTERSON grabbed RTD's phone again and asked him "Where's the money at?" RTD threatened to call the police and PATTERSON told RTD he had a gun and would shoot him if he did. RTD then walked down the hall to wake up his roommate. PATTERSON went to the kitchen, grabbed a knife, and chased RTD out of his apartment. In fear for his life, RTD hid in the bushes outside the apartment. RTD asked a neighbor to call the police.

32. RTD immediately began receiving notifications that his passwords and banking information had been compromised. At 7:11 a.m., RTD received a notification from Bank of America that said "You've successfully set up Touch ID(TM) of Face ID(TM) access. At 7:21 a.m., RTD received a notification from Bank of America that he had sent $2,000 to "freddy baker". At 7:22 a.m., RTD received a notification that his password was changed on his gmail account. RTD then received a notification from Bank of America that he had sent $1,500 to "freddy baker". At 7:28 a.m., RTD received a notification that his Chase card ending 0552 had been added to Apple Pay. At 7:27 a.m., RTD received a notification from Bank of America that his debit card had been deleted from Apple Pay. At 7:31 a.m., RTD received a notification that his Capital One card had been added to Apple Pay. At 9:49 a.m. and 6:59 a.m. on the same day, which was still December 4, 2021, RTD received notification of declined

purchases at Chick-Fil-A and H&M, respectively. LASD recovered surveillance video from Chick-fil-A showing a black sedan with at least two occupants attempting to pay with a cell phone in the drive thru at approximately 9:47 a.m. on December 4th, 2021.

33.   On December 20, 2021, at approximately 7:00 a.m., a robbery occurred on El Cerrito Place in Los Angeles, California. Victim (BH) met the suspect, later identified as PATTERSON, on Grindr and invited him to his residence. When PATTERSON arrived, he immediately produced a handgun and pointed it at BH, demanding property. In fear for his life, BH complied. PATTERSON forcefully removed BH's necklace and then walked around the apartment, selecting various items. PATTERSON demanded BH's phone and wallet and left. BH started receiving notifications, from Cash App, Apple Pay, Venmo, and others, indicating ongoing transactions. BH estimated approximately $15,000 worth of transactions have occurred but, as of December 21, 2021, most were still pending. BH estimated approximately $5900 in property had been taken from him. BH's phone was disconnected from his Apple ID account and re-activated with another person's information.

34.   On January 29, 2022, at approximately 2:30 a.m., a robbery occurred on the 7600 block of Hollywood Boulevard in Los Angeles, California. Victim (EG) had been communicating with the suspect, later identified as PATTERSON, on Grindr. PATTERSON was using the username "11-inches." EG let PATTERSON into his home so they could have a consensual sexual encounter. PATTERSON came in and asked EG if he could use his phone to watch pornography.

EG complied. EG could tell PATTERSON was watching heterosexual pornography. EG was on his bed, facing away from PATTERSON when he realized PATTERSON was manipulating his phone. EG turned and grabbed his phone from PATTERSON. He noticed his settings were open and closed out of all the applications except the porn and gave PATTERSON the phone back. PATTERSON then asked EG to unlock the phone again and then watched as EG typed in his password. EG was watching PATTERSON through a mirror and saw that PATTERSON was still manipulating the phone. EG explained he was uncomfortable and asked PATTERSON to leave. PATTERSON refused to give the phone back to EG and demanded money. EG reached for the phone and PATTERSON stated, "I'm going to shoot you if you don't give me some money." Believing PATTERSON was armed with a gun, and fearing for his life, PATTERSON offered him $15 which PATTERSON refused and demanded something more. EG offered to take PATTERSON to an ATM. PATTERSON was texting someone on a phone he brought with him during this encounter. EG started screaming "help!" multiple times. EG was terrified. PATTERSON continued to demand money. PATTERSON called someone on his phone and said, "He said he would take me to the ATM, but he has to get dressed first. I'll keep you posted." A neighbor, speaking through a ring camera speaker, said loudly that the police had been notified and were on their way. PATTERSON left with EG's phone. As PATTERSON was leaving, he said something like "turn off your white person security system." A car pulled up just as he was leaving and EG saw PATTERSON walk toward a black sedan that had its break lights on; the car was running. EG said

27

PATTERSON has attempted to make approximately $7,000 worth of transactions through EG's Venmo to an account named "Danelle Meeks." PATTERSON was able to get onto all the banking applications because EG had face ID set up for all of them and he believed PATTERSON must have changed the iPhone Face ID to his own. PATTERSON used EG's Apple Pay to subscribe to another gay dating app called Jack'd. PATTERSON continued to use EG's Lyft account. Eventually, EG re-gained access to his Icloud account. When he did, EG found approximately three-hundred images and videos apparently taken by PATTERSON. The photographs included a photograph of PATTERSON holding EG's phone. They also include pictures of a driver's license belonging to "DW", and a Social Security Card belonging to victim, "TR". EG remembered PATTERSON having some kind of tattoo on his face near his cheek bone. PATTERSON does, in fact have small tattoos on both of his cheek bones.

35.   On February 7th, 2022, at approximately 7:30 p.m., a robbery occurred on North Sycamore in Los Angeles, California. Victim (DW) met the suspect, later identified as PATTERSON, on Grindr and invited him to his home to engage in consensual sexual activity. When he arrived, he called DW and told him he had just parked. DW went outside and observed a small maroon colored 4-door compact vehicle with dark windows parked in a red zone. DW asked PATTERSON if he was in a red car but PATTERSON did not answer. PATTERSON arrived shortly thereafter, smelling of freshly smoked marijuana. PATTERSON asked if he could watch pornography on DW's phone. DW unlocked his phone and gave it to

PATTERSON before undressing. DW was facing away from PATTERSON
when he suddenly heard the sound of a stun gun. DW ran out of
the room and down the stairs into the main living area.
PATTERSON chased DW and demanded money. DW gave PATTERSON $120
in cash that he had in a bag and told him to leave. PATTERSON
then demanded jewelry. DW again told PATTERSON to get out and he
finally left on foot. DW soon learned PATTERSON had reached out
to his contacts requesting they send $600 to DW via Apple Pay.
These contacts were able to get in touch with DW prior to
sending the money so the transactions did not go through. DW
does not have record of the phone number that called him because
he no longer has his phone. A fraudulent charge was made on
February 8th, using DW's card, to purchase Apple Air Pods. LAPD
detectives spoke with an employee who remembered "Malik
Patterson" made the purchase.

   36.   On February 7, 2022, at approximately 9:00 p.m., a
robbery occurred on Palmerston Place in Los Angeles, California;
approximately four miles from the location of the North Sycamore
robbery. Victim (TR) met the suspect, later identified as
PATTERSON, on Grindr. PATTERSON's Grindr screen name was "11
inch hung". Once PATTERSON arrived at TR's home, he picked up
TR's cell phone from the counter and demanded the password so he
could watch heterosexual pornography. TR attempted to end the
encounter, but PATTERSON became violent. PATTERSON displayed a
black taser and activated it at least a dozen times in a
threatening way. TR could hear the taser and could see the blue
light emanating from it. PATTERSON said, "open this up or I'm

going to fuck you up" in reference to TR's phone. He also said
he was going to get "his boys" to come back and "fuck him up."
After being threatened relentlessly, TR provided PATTERSON with
the passcode to his phone because he was afraid. TR could tell
PATTERSON was changing the passwords and accounts on his phone.
TR offered PATTERSON $10 cash which PATTERSON called a joke and
insulting. PATTERSON then asked for jewelry, so TR offered him a
plate of broken jewelry that was sitting nearby. PATTERSON took
an old wallet that belonged to TR and had his Social Security
card inside. PATTERSON finally walked out with TR's iPhone and
old wallet. He had parked a couple buildings away and TR watched
PATTERSON get into the driver side of a red 4-door sedan.

37.  On February 10, 2022, LAPD presented TR with a six-
pack photograph line-up. TR pointed to two of the photos and
indicated they looked the closest, but he could not identify the
suspect. PATTERSON was pictured in one of the photos pointed out
by TR. Shortly after PATTERSON left, TR began receiving
notifications that his Apple ID had been updated and that his
"trusted phone number" had been updated. TR sent photos of money
removed from his bank accounts into apple cash as well as
transactions at Fat Burger and Arco gas station in Inglewood,
California, on February 8th, the day after the robbery.  TR also
provided copies of several notifications of attempted
transactions which had been declined. TR believes he was the
victim of a hate crime and believes PATTERSON could have been a
straight male targeting gay victims.

38.   On March 5, 2022, at approximately 4:00 a.m., a robbery occurred on the 6600 block of Santa Monica Boulevard in Los Angeles, California. Victim (MF) met the suspect, later identified as PATTERSON, on Grindr.  PATTERSON's Grindr screen name was "11 inches." Once PATTERSON arrived at MF's home, he asked for MF's phone to watch pornography. MF was not interested in this and decided to end the interaction. PATTERSON became angry and told MF he had a weapon. He also stated, "I don't think you want to lose your life in your home." PATTERSON acted like he had a gun in his sweatshirt. PATTERSON demanded pin numbers and passwords to MF's debit and credit cards. In fear for his life, MF complied. MF started to put his pants on and tried to give PATTERSON $20 for gas. PATTERSON told MF he would kill him if he tried to get dressed again. PATTERSON demanded more, so MF gave him $80. PATTERSON demanded MF's wallet. MF removed his student ID and gave PATTERSON his wallet. PATTERSON said, "I hate white people." PATTERSON took MF's computer and forced MF to show him the passcode to prove it worked. MF was also forced to provide the pin number for his phone. PATTERSON put everything he was taking into one of MF's bags and said he would return the property if the pin numbers for the ATM cards worked. Before leaving, PATTERSON told MF that his "brother" had driven him to MF's residence.

39.   After PATTERSON left, MF began communicating with him through MF's own email account, to which PATTERSON now had access. PATTERSON was getting the emails on MF's phone and responding. PATTERSON stated, "I'll get you your stuff back. I

need you to send me money through Cash App." PATTERSON was
texting MF's parents and convinced them to send $700 via Venmo
to an account on which the name was "Dennis Cardoza." MF
continued to send PATTERSON money to satisfy his demands in
hopes it would convince PATTERSON to bring back his property.
PATTERSON sent an iMessage that read "I will be contacting your
parents in showing them your gay if you don't pay my money". MF
also received an email from "Dee Jones" (globoaaa3@gmail.com)
that read, "Since u wanna play I'm telling your mom ur gay in
your dad in I'm sending proof".

40.  On March 26, 2022, at approximately 7:45 a.m., a
robbery occurred at a hotel on Sunset Boulevard in Beverly
Hills, California. Victim (JS) was talking to someone, later
identified as PATTERSON, on Grindr before meeting with him in
his hotel room. PATTERSON arrived at JS's room wearing a black,
hooded jacket, a black face mask, and black shorts. PATTERSON
never took off his mask nor his hood, but appeared to JS to be
the same individual from the Grindr pictures based off of his
apparent build compared to his photos. PATTERSON asked JS to
open pornography on his phone. JS obliged and gave suspect his
phone. JS realized the individual was looking at straight porn
from briefly seeing the screen. PATTERSON stood in front of the
dresser in the hotel room while still using JS's cell phone, but
locked himself out of the cell phone several times. JS believed
PATTERSON kept locking himself out of the phone on purpose in
order to learn the four-digit passcode, which was the same
passcode JS used for online banking. JS watched the individual

32

physically take JS's wallet and put it in the pocket of his
hoodie jacket. JS asked the individual if that was his wallet,
to which suspect responded, "Yes. Shut up and sit down."
PATTERSON then threatened JS by saying, "I will hurt you," and
"I will shoot you." JS was in fear because of these threats. JS
was not sure if PATTERSON had a weapon or not. JS told the
individual to take whatever he wanted, but eventually JS
physically pushed PATTERSON out of the door. JS then called the
Beverly Hills Police Department and reported the incident. JS
used a laptop to access the "Find my iPhone" app and called
Apple for help. Apple asked JS to verify a phone number, and
despite verifying, Apple said that it was not the correct
number. Apple told him the number associated with his account
had been changed to 310-593-1426. This phone number was also
used to access JS's bank account under the name "Lee Jones." JS
noticed PATTERSON went to an ATM and made three transactions for
$200 each, soon after leaving JS's hotel. Arvest Bank had the
address for the ATM listed in JS's transaction history.
PATTERSON also sent two transactions on the app Venmo for $900
each. PATTERSON used JS's Arvest online banking app "Zelle" to
send $2000 to "Lee Jones" and used the same phone number.
PATTERSON attempted another withdrawal of $2000, but Arvest Bank
declined it. Suspect also attempted to make a purchase of a $500
"DoorDash" gift card, but the credit card provider, Citibank,
declined the transaction. JS spent seven to eight hours logging
into apps and canceling cards, although suspect was still able
to access JS's banking and savings accounts because he knew the

four-digit passcode. In the process, JS saw a new contact number listed that was not recognized. The phone number was 480-977-0377, which was different from the one connected to "Lee Jones." Records checks conducted for phone number 310-593-1426 return as registered to "Derrick Patterson".

## V.   TRAINING AND EXPERIENCE ON DIGITAL DEVICES[8]

41.   Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that the following electronic evidence, inter alia, is often retrievable from digital devices:

a.   Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet. Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time. Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

---

[8] As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as paging devices, mobile telephones, and smart phones; digital cameras; gaming consoles; peripheral input/output devices, such as keyboards, printers, scanners, monitors, and drives; related communications devices, such as modems, routers, cables, and connections; storage media; and security devices.

b.   Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents, programs, applications, and materials on the device.  That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places where the user may be unaware of them.  For example, recoverable data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

c.   The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it.  For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

d.   Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions.  Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

42.   Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it is not always possible to search devices for data during a search of the premises for a number of reasons, including the following:

a.   Digital data are particularly vulnerable to inadvertent or intentional modification or destruction. Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a complete and accurate analysis of data on digital devices, which may take substantial time, particularly as to the categories of electronic evidence referenced above. Also, there are now so many types of digital devices and programs that it is difficult to bring to a search site all of the specialized manuals, equipment, and personnel that may be required.

b.   Digital devices capable of storing multiple gigabytes are now commonplace. As an example of the amount of data this equates to, one gigabyte can store close to 19,000 average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

43.   The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

a.   Users may enable a biometric unlock function on some digital devices. To use this function, a user generally displays a physical feature, such as a fingerprint, face, or

eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device. To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user's fingers on a device's fingerprint scanner for approximately one second. To unlock a device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user's face with the user's eyes open for approximately one second.

      b.   In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when a device has been restarted or inactive, has not been unlocked for a certain period of time (often 48 hours or less), or after a certain number of unsuccessful unlock attempts. Thus, the opportunity to use a biometric unlock function even on an enabled device may exist for only a short time. I do not know the passcodes of the devices likely to be found in the search.

      c.   Thus, the warrant I am applying for would permit law enforcement personnel to, with respect to any device that appears to have a biometric sensor and falls within the scope of the warrant: (1) depress PATTERSON's thumb and/or fingers on the device(s); and (2) hold the device(s) in front of PATTERSON's face with his eyes open to activate the facial-, iris-, and/or retina-recognition feature.

      d.   Other than what has been described herein, to my knowledge, the United States has not attempted to obtain this data by other means.

## VI. <u>CONCLUSION</u>

44.   For all the above reasons, there is probable cause to believe that PATTERSON committed Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a). There is also probable cause to believe that the items to be seized described in Attachment B related to the SUBJECT OFFENSES will be found in a search of PATTERSON's person.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>30th</u> day of
<u> March  </u>, 2022.

HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE